1  KATESSA C. DAVIS, CA Bar No. 146922
   katessa.davis@ogletree.com
2  KATHLEEN J. CHOI, CA Bar No. 284428
   kathleen.choi@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213-239-9800
   Facsimile: 213-239-9045
6   Attorneys for Defendant
   TRANSAMERICA LIFE INSURANCE
7  COMPANY (erroneously sued as "Transamerica")

8
   JAMON R. HICKS, SBN 232747
9  jamon@douglashickslaw.com
   DOUGLAS / HICKS LAW, APC
10 5120 W. Goldleaf Cir., Suite 140
   Los Angeles, CA 90056
11 Telephone: (323) 655-6505
   Facsimile: (323) 927-1941
12 Attorneys for Plaintiff
   JAMES RICE
13

14          **UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16

| 17 JAMES RICE, an individual, | Case No. 2:19-cv-04369 MWF (RAOx) |
|---|---|
| 18  Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| 19  v. | [Filed concurrently with Joint Stipulation] |
| 20 TRANSAMERICA, a New York Corporation; and DOES 1 through 25, | Complaint Filed: November 13, 2018 |
| 21 | Trial Date: None |
| 22  Defendants. | District Judge: Hon. Michael W. Fitzgerald |
| 23 | Courtroom 5A, First St. |
| 24 | Magistrate Judge: Hon. Rozella A. Oliver |
| | Courtroom 590, Roybal |

JS-6

Pursuant to the parties' Joint Stipulation to Dismiss Case With Prejudice, and further pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this action with prejudice.

**IT IS SO ORDERED.**

DATED: October 31, 2019

Hon. Michael W. Fitzgerald
United States District Court Judge

40184341.1

LA19CV04369-
MWF-O 2 docx